■ CLOTILDE GRECO et al., Appellants, v FIRST UNION NATIONAL BANK CORP., Respondent. [701 NYS2d 93] —In an action to recover damages for the loss of personal property, the plaintiffs appeal from an order of the Supreme Court, Westchester County (DiBlasi, J.), dated July 23, 1998, which granted the defendant's motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.